Filed 2/27/14  In re Matthew N. CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

### IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SECOND APPELLATE DISTRICT

### DIVISION SIX

| | |
|---|---|
| In re MATTHEW N. et al., Minors. | 2d Civil No. B251530<br>(Super. Ct. No. AD 120045)<br>(Santa Barbara County) |
| MICHAEL N.,<br><br>   Petitioner and Respondent,<br><br>v.<br><br>TARA N.,<br><br>   Objector and Appellant. | |

Tara N. (Mother) appeals an order terminating her parental rights under Family Code section 7822, abandonment of a child.  We appointed counsel to represent her on appeal.  After examining the record and researching potential issues, counsel advised us in writing that he could not find any arguable issues to raise on Mother's behalf.

Counsel advised Mother that she could seek permission from us to file a brief raising any contentions or arguments she wished us to consider.  Mother filed a letter brief but it does not establish good cause by showing that an arguable

issue exists.  (*In re Phoenix. H.* (2009) 47 Cal.4th 835, 845.)  We dismiss her appeal.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:


YEGAN, J.


PERREN, J.

Jed Beebe, Judge

Superior Court County of Santa Barbara
_____


Andre F. F. Toscano, under appointment by the Court of Appeal, for Objector and Appellant.

No appearance for Petitioner and Respondent.